# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   JAMES ROBERT SILKE

                                          Case No.: 11-42829-can-13

   **Debtor**

## WITHDRAWAL OF TRUSTEES MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY

   Comes now Richard V. Fink, Chapter 13 Trustee, and requests the Court withdraw the Trustees Motion to Deposit Funds into the Court Registry (document # 142) filed on or about July 25, 2013, and in support thereof states:

   1)  On or about July 25, 2013, the trustee filed a(n) Trustees Motion to Deposit Funds into the Court Registry.

   The Trustee requests that the Court withdraw the Trustees Motion to Deposit Funds into the Court Registry.

                                          Respectfully Submitted,

July 26, 2013

                                          /s/ Richard V. Fink, Trustee
                                             Richard V. Fink, Trustee
                                             818 Grand Blvd, Ste. 800
                                             Kansas City, MO 64106-1901

**NOTICE OF SERVICE**

   Appropriate parties will be served by the Chapter 13 Trustee's office either electronically or by mail.

Jeannie M Bobrink Esq
Po Box 34773
North Kansas City MO 64116


                                          /s/ Richard V. Fink, Trustee

                                                HBJ     /Withdraw al